**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7817**

———————

HARRY RICHARD HAMMAR, III,

Plaintiff - Appellant,

versus

MR. ERMAN, Doctor; MS. BANKS, Nurse; MS. READ,
Nurse,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-04-631-AM)

———————

Submitted: July 27, 2005          Decided: August 2, 2005

———————

Before KING, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Harry Richard Hammar, III, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harry Richard Hammar, III, appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2) (2000). We have reviewed the record and the district court's opinion, and we find that Hammar failed to state a claim for which relief may be granted. See Estelle v. Gamble, 429 U.S. 97 (1976). Accordingly, we affirm the dismissal of his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED